Amy J. Oliver (8785)
olivera@sec.gov
Daniel J. Wadley (10358)
wadleyd@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel. 801-524-5796
Fax: 801-524-3558

FILED
U.S. DISTRICT COURT
2018 MAR -1  ⊃ 1: 47
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>JERSEY CONSULTING LLC, a Nevada limited liability company, MARC ANDREW TAGER, an individual, SUZANNE AILEEN GAGNIER, an individual, KENNETH STEPHEN GROSS, an individual, JEFFREY ROWLAND LEBARTON, an individual, JONATHAN EDWARD SHOUCAIR, an individual, and JASON VITOLO, an individual,<br><br>DEFENDANTS; and<br><br>PREMIER MARKETING SOLUTIONS, INC., a California corporation, EQUITY FIRST PROPERTIES INC., a California corporation, MATTHEW JACOB FREITAS, an individual, ROXANE MARIE GROSS, an individual, MATTHEW EARL MANGUM, an individual, and CHRISTINE L. SHOUCAIR, an individual,<br><br>RELIEF DEFENDANTS. | **PLAINTIFF'S MOTION TO STRIKE PRELIMINARY INJUNCTION HEARING SET FOR MARCH 5, 2018**<br><br>Case No.: 2:18-cv-00155<br><br>Judge: Bruce S. Jenkins |

Plaintiff Securities and Exchange Commission (the "Commission") hereby files this motion to strike the hearing currently set for March 5, 2018 at 3:00 p.m. On March 1, 2018, the Commission filed signed stipulations to the entry of the preliminary injunction from each named Defendant. Because each of the Defendants has stipulated to the entry of the preliminary injunction, the hearing set for March 5, 20128 at 3:00 p.m. has been rendered moot.

Therefore, the Commission respectfully requests that the preliminary injunction hearing set for March 5, 2018 be stricken. A proposed Order is attached hereto as Exhibit A.

Dated March 1, 2018.

Respectfully submitted,

_____
Amy J. Oliver
Daniel Wadley
Attorneys for Plaintiff
Securities and Exchange Commission

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2018, I served true and correct copy of the foregoing **PLAINTIFF'S MOTION TO STRIKE PRELIMINARY HEARING SET FOR MARCH 5, 2018** via email upon the following:

| | |
|---|---|
| Marc A. Tager<br>Weber County Jail<br>721 W. 12th Street<br>Ogden, UT 84404<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* | Brent R. Baker<br>Clyde Snow & Sessions, PC<br>201 S. Main Street, Suite 1300<br>Salt Lake City, UT 84111<br>brb@clydesnow.com<br><br>*Counsel to Defendant Suzanne A. Gagnier* |
| Nathan A. Crane<br>Snow, Christensen & Martineau<br>10 Exchange Place, 11th Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84145<br>nac@scmlaw.com<br><br>*Counsel to Defendant Kenneth S. Gross* | Scott Vick<br>Vick Law Group APC<br>800 W 6th Street, Suite 1220<br>Los Angeles, CA 90017<br>scott@vicklawgroup.com<br><br>*Counsel to Defendant Jeffrey R. Lebarton* |
| James C. Bradshaw<br>Brown, Bradshaw & Moffat<br>422 North 300 West<br>Salt Lake City, UT 84103<br>jim@brownbradshaw.com<br><br>*Counsel to Defendant Jonathan E. Shoucair* | Michael K. Hepworth<br>140 S. Main<br>Bountiful, UT 84010<br>michael@hepworthlegal.com<br><br>*Counsel to Defendant Jason Vitolo* |
| R. Blake Hamilton<br>Ashley M. Gregson<br>**DURHAM JONES & PINEGAR, P.C.**<br>bhamilton@djplaw.com<br>agregson@djplaw.com<br><br>*Counsel to Relief Defendant Matthew E. Mangum* | |

/s/ Amy J. Oliver

Amy J. Oliver

# Exhibit A

Amy J. Oliver (8785)
olivera@sec.gov
Daniel J. Wadley (10358)
wadleyd@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel. 801-524-5796
Fax: 801-524-3558

RECEIVED CLERK

MAR 01 2018

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>JERSEY CONSULTING LLC, a Nevada limited liability company, MARC ANDREW TAGER, an individual, SUZANNE AILEEN GAGNIER, an individual, KENNETH STEPHEN GROSS, an individual, JEFFREY ROWLAND LEBARTON, an individual, JONATHAN EDWARD SHOUCAIR, an individual, and JASON VITOLO, an individual,<br><br>DEFENDANTS; and<br><br>PREMIER MARKETING SOLUTIONS, INC., a California corporation, EQUITY FIRST PROPERTIES INC., a California corporation, MATTHEW JACOB FREITAS, an individual, ROXANE MARIE GROSS, an individual, MATTHEW EARL MANGUM, an individual, and CHRISTINE L. SHOUCAIR, an individual,<br><br>RELIEF DEFENDANTS. | **PROPOSED ORDER STRIKING PRELIMINARY INJUNCTION HEARING SET FOR MARCH 5, 2018**<br><br>Case No.: 2:18-cv-00155<br><br>Judge: Bruce S. Jenkins |

Plaintiff Securities and Exchange Commission (the "Commission") submitted a Motion to Strike the Preliminary Injunction Hearing Set for March 5, 2018 based on the fact that all defendants had stipulated to entry of the preliminary injunction order. Therefore, for good cause shown, IT IS HEREBY ORDERED that the hearing on March 5, 2018 at 3:00 p.m. is stricken from the docket.

DATED this _____ day of March, 2018.

_____
Bruce S. Jenkins
Senior United States District Judge