Amy J. Oliver (8785)
olivera@sec.gov
Daniel J. Wadley (10358)
wadleyd@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel. 801-524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              PLAINTIFF,<br>v.<br><br>JERSEY CONSULTING LLC, a Nevada limited liability company, MARC ANDREW TAGER, an individual, MATTHEW EARL MANGUM, an individual, SUZANNE AILEEN GAGNIER, an individual, KENNETH STEPHEN GROSS, an individual, JEFFREY ROWLAND LEBARTON, an individual, JONATHAN EDWARD SHOUCAIR, an individual, EDWARD DEAN GOSS, an individual, DANA KENTON HARRLOE, an individual, and NICHOLI MANDRACKEN, an individual,<br>              DEFENDANTS; and<br><br>PREMIER MARKETING SOLUTIONS, INC., a California corporation, EQUITY FIRST PROPERTIES INC., a California corporation, EEE MEDIA, INC., a California corporation, XYZ LEADS, INC., a Wyoming corporation, U TURN MARKETING, INC., a Florida corporation, MATTHEW JACOB FREITAS, an individual, ROXANE MARIE GROSS, an individual, and CHRISTINE L. SHOUCAIR, an individual,<br>              RELIEF DEFENDANTS. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DANA KENTON HARRLOE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>Case No.: 2:18-cv-00155<br><br>Judge: Bruce S. Jenkins |

Plaintiff Securities and Exchange Commission (the "Commission") hereby voluntarily dismisses its complaint against Defendant Dana Kenton Harrloe pursuant to Federal Rule of Civil Procedure 41(a)(1).

On August 14, 2018, the Commission filed an Amended Complaint in this case naming Dana Kenton Harrloe, among others, as a defendant. Docket No. 102. On September 5, 2018, the Commission filed a Notice of Death of Defendants Lebarton and Harrloe. Docket No. 119. Ms. Harrloe had not answered or otherwise responded to the Complaint nor did she file a motion for summary judgment.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Commission provides this notice that it is voluntarily dismissing its complaint against Defendant Dana Kenton Harrloe.

Dated October 25, 2018.

                                                Respectfully submitted,

                                                _____
                                                Amy J. Oliver
                                                Daniel J. Wadley
                                                Attorneys for Plaintiff
                                                Securities and Exchange Commission

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2018, I served true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DANA KENTON HARRLOE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) (1)** via the method indicated below upon the following:

| | |
|---|---|
| Marc A. Tager<br>Weber County Jail<br>721 W. 12th Street<br>Ogden, UT  84404<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* | Brent R. Baker<br>Neil A. Kaplan<br>Shannon K. Zollinger<br>Clyde Snow & Sessions, PC<br>201 S. Main Street, Suite 1300<br>Salt Lake City, UT 84111<br>VIA CM/ECF  brb@clydesnow.com<br>nak@clydesnow.com<br>skz@clydesnow.com<br><br>*Counsel to Defendant Suzanne A. Gagnier and Premier Marketing Solutions, Inc.* |
| Kenneth S. Gross<br>12066 Eddleston Drive<br>Northridge, CA 91326<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* | Patrick S. Boice<br>Boice Law, LLC<br>VIA CM/ECF patrick@boice-law.com<br>Scott Vick<br>Vick Law Group, APC<br>VIA CM/ECF scott@vicklawgroup.com<br><br>*Counsel to Defendant Jeffrey R. Lebarton* |
| Jonathan E. Shoucair<br>10036 Forbes Avenue<br>North Hills, CA 91343-1002<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* | Sean N. Egan<br>South Temple Tower Ste 1505<br>136 E South Temple<br>Salt Lake City, UT  84111-1139<br>VIA CM/ECF seannegan@sneganlaw.com<br><br>*Counsel to Relief Defendant Matthew Freitas* |
| R. Blake Hamilton<br>Ashley M. Gregson<br>DURHAM JONES & PINEGAR, P.C.<br>VIA CM/ECF bhamilton@djplaw.com<br>agregson@djplaw.com<br><br>*Counsel to Defendant Matthew E. Mangum* | Christine L. Shoucair<br>10036 Forbes Ave<br>North Hills, CA 91343<br>VIA FIRST CLASS MAIL<br><br><br><br>*Pro Se Relief Defendant* |
| Equity First Properties<br>1507 7th Street #549<br>Santa Monica, CA 90401<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Relief Defendant* | Jersey Consulting LLC<br>c/o Marc A. Tager<br>Weber County Jail<br>721 W. 12th Street<br>Ogden, UT  84404<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* |

3

| | |
|---|---|
| Roxane Marie Gross<br>12066 Eddleston Drive<br>Northridge, CA 91326<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Relief Defendant* | XYZ Leads, Inc.<br>c/o Wyoming Registered Agent<br>1621 Central Avenue<br>Cheyenne, WY 82001<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Relief Defendant* |
| Nicholi Mandracken<br>21986 Lyons Valley Road<br>Alpine, CA 91901<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* | U Turn Marketing, Inc.<br>c/o Nicholi Mandracken<br>21986 Lyons Valley Road<br>Alpine, CA 91901<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Relief Defendant* |
| EEE Media Inc.<br>c/o Edward D. Goss<br>1718 Cleveland Road<br>Glendale, CA 91202-1012<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Relief Defendant* | Edward D. Goss<br>1718 Cleveland Road<br>Glendale, CA 91202-1012<br>VIA FIRST CLASS MAIL<br><br>*Pro Se Defendant* |

_____
Amy J. Oliver